# United States District Court

Suffolk, SS                     Civil No.

## HERVE Olivier JR.
### Plaintiff

V.

## Cheyanne Van Dan Bush
### Defendant

# United States District Court

Suffolk, SS                     Civil No.

## HERVE Olivier JR.
### Plantiff

### V.

## Commonwealth of Massachusetts
### Defendant.

# United States District Court

Suffolk, ss                          Civil No.


Herve Olivier Jr
     plaintiff

V.

Auditor of the Commonwealth
     defendant

united states District court

Suffolk, ss                    Civil no.

Hervé Olivier Jr.
plaintiff

v.

Commonwealth corporation
defendant.

# United States District Court

Suffolk, ss                        Civil No.

Hervé Olivier Jr.
Plaintiff

V.

Secretary of the Commonwealth
Defendant

Versus THAt SupporT The case:

see: Steven T. Marvik, V. Dr. Neighbors, et Al

See: fox Broadcasting Company, Inc et Al V. Dish network et Al, L.L.C

See: Kyocera document Solutions America, Inc V. Division of Administration., new Jersey Dept. And more

# Affirmative Defense:

- Accord and Satisfaction
- 
- Arbitration and Award
- Assumption of Risk
- Duress
- estoppel
- fraud
- Illegality
- laches

## Reason's:

- Racism is the start of this Negative Tension I got going on with certain Individual Officer's

- The D.O.C Is Withholding Information Since I Am In Their Custody, They failed to keep me Safe every Day Im constantly In A Psychological Warfare. Against The State & federal government. Period!

- The D.O.C Is A Perverted Justice Because They knew Im Being conspired on & Attempts Of my life Has Been Already under Their Custody. 100% (It's on camara).

This is in Regards to The Defendants, Will show That The Commonwealth showed total Disregards Towards Mr. Olivier Jr's Civil Right And His Mental Health. Plus All The "Not guilties" He's Recieved During the end Of Trial. $ medical.

The Plaintiff states That As growing-up He was Abused physically, mentally, emotionally By The system itself. Plaintiff states As A Child He was Mentally Dealing with The State, federal, $ U.S governments sneak Attacks That Has Done Violated The patriot Act, And my Personal space

By Accident He Dealt With mental Issues By The Defendants systemic weaponries of Tools Which As Resulted of Plaintiff to Hear voices That Continued to give Him schizophrenia $ With These followings of..... The systems It'self.

Because of The state of Commonwealth, CIA (mind control Programme), Pentagon (DSYOP), F.B.I, ~~████~~ D.U.M.B.S (underground military Bases), Artficial Intelligence (Brain computer Interface, AMAZON (Nuera Link), google (google EARTH), Cap Tpl (online), N.S.A (online), Haiti (Voodoobo), muslim (Tim

Africa's (HooDoo/VooDoo), france (S.I/The force), Russia's (oppression/soviet union's), The white House's (computer Technologies systems), China's (Communist), Taiwan's (Big major Tech companies, And more In-CAHooTS.

The Plaintiff is now Diagnosed with These following Disorders Due to Defendants:

1. Schizophrenia (Other People's Voices I Hear mentioned
2. Anxieties
3. Psychotic Disorders
4. ADHD
5. mood Disorder (Anger management)
6. Visual (seeing Things/Illusions. (mild).

The Plaintiff Takes multiple medications for His mental health Till This DAY Because Being In Prison for wrongful Conviction $ falsely Imprison I Developed new symptoms And is on multiple medications for These following medical Reasons As Well:

1. Hypertenstions          2. High Blood Pressure
3. migraines               4. methaDone

Mr. Olivier has Also Been Discriminated Against, Due To His Race Big Time. The following is A List of Cases That Involves Racial Discrimination(s):

1. City of Cleburne V. Cleburne Living Center

   473 U.S. 432 (1985)

2. Graziano V. Pataki

   689 F.3D 110, 117 (2D Cir. 2012)

3. My Eigth Amendment:

No Cruel and Unusual Punishments Inflicted.


We Have The Right to Be Freed From Cruel And Unusual Punishment By Any System Itself.

1. Defamation: That which is Tended to inJure A Person's Reputation.

2. LibeL: Published Defamation.

3. SlanDeR: Spoken Defamation.

4. mAlice: The Thought And Aimed to Defaming.

5. Spite: To Put on fAciAls and To Put on PAPeR, so To Defame.

The Commonwealth, The So-Called Victim, Robert DuVAl & The FederAl government is doing All of These Things To Ruin The Reputation of An InnocenT mAn in PRison who can still PRove AND HAve fActs In The Case stating That There's NO Evidence But HEAR-SAY The CommonweAlth WenT By. The CommonweAlth is Also ViolAting The "Civil ~~~~ Rights ACT OF 1964."

The Big Thing That The CommonweAlth is doing is PsychoLegAl ERRO ~R s:

The mistaken Belief That if we Identify A CAuse FOR conduct, Includ~ing mentAl OR PhysicAl Dis orDeRs, Then The conDuct is NecessARily Excused

The Commonwealth Has No Probable Cause To Charge Mr. Olivier Jr when Before And After he was Acquitted of These Harmful Charges That The fake Lying victim Put upon me.


MR. OLIVIER JR.

The following Are Cases That Shows The Racial Bias of other Individuals or Entities.

1. Washington V. Lee
263 F. Supp. 327/327 (MD. AlA 1966)

2. Johnson V. California
543 U.S. 499 (2005)

These 2 Cases Shows An Identical Racial Bias/ Discrimination That undermines The Commonwealth Case Against Mr. Olivier in That The ADA was White And Mr. Olivier is Brown. (African American)

The Commonwealth has Also Violated The Universal Declaration of Human Rights in Regards to

1. Article → 1, 2, 3, 5, 7, 9, 10, 11, 12, 16, (1), 18, 19, 22, 23, (2), 2 (1) (2), 30.

The Commonwealth And The Judge in The Case has Violated Rule 25 in Regards to:

1. Sections: A  (1) (2)

The Defendants Also States That The Commonwealth And The Police Officer BRAin WAShed The Victim When She WAS At The Police station getting Questioned The Officer Told The Victim "He Believes she is not Telling him The Truth" when She AnsweRed "No, There were No Sexual Activities HAppened with The Defendant." AfteR The Questioning The so-called Victim hAd left with A family membeR with nothing HAppened Between HeR And The Defendant. AnoThER 4 DAys lAter She Then Told AnoTheR family membeR now "Something DiD HAppened with HeR And The Defendant. So They go BAck to The Police stAtion With A "Different Story.

The Commonwealth District Attorney WAS AdAmant And Intended to guide The Victim All The WAy Through TriAl whetheR she didn't cARe OR DiD. The District Attorney HAS A Known ReputAtion To go fowARd with The Case Even if Innocent fRom The Beginning.

The Model Questionaire for The United Nations And is The Background on All Ty of Torture.... mentally, physically, Emotionally, Verbally and with The System (Object).

1. Victim: MR. Olivier JR.

2. Date: During Criminal Proceedings

2a. Commonwealth And Department Of Corrections

3. Defamation, Libel, Slander, Malice, Spite

3a. mentally, physically and ~~xxxx~~ Emotionally Abuse

3b. Cruel And Unusual Punishment

4. Identity: Commonwealth

While The Commonwealth has Violated The Civil R s of MR. Olivier JR. He is still Innocent Of These Rail Road Not guilty Charges That Became A le er Included Charge(s) Which still Don't Indicate Something Happen.

In The Following Pages Are The Facts Of The Case and What I've Just Mentioned is A Background/Tid-Bit of What Was Violated And The Basis For This Application For Further Appellate Review. So please do Your Homework And you Will see every single Thing I said is "Facts" to Support This PaperWork fully on my Behalf to go Foward On How "The Commonwealth" Federal government, Victim, And Robert Duval is Treating MR. Olivier JR.

## Facts Of The Case:

1. The Victim lied Online She Was 19 years Old. Then When She Begged me To go Pick Her Up me And my Driver Wanted to Clearify How Old She Was Again she said 18 years Old... I End up going to Court to Find Out The So-Called Victim Was 15 years Old, Named Cheyanne Van Dan Bush Was Heavily Mental Health Herself.

2. The Judge in The Case Denied MR. Olivier JR.'s Motions To get The Records of the Victim's. It Would have Proved The Victim Was Incompetent At The Time, Spreading Lies As she goes.

3. There Was "No":

A. No" Rape Kit
B. No" D.N.A
C. No" Forensics
D. No" Polygraph Test
E. No" Indications something Happen
F. No" Proof" Positive The Commonwealth Has

If MR. Olivier JR was Allowed to Have His motions gra-
nted And Be Heard more on His side of the story, He
would have Proved without A Doubt That He is totally
Innocent of All charges even The "lesser included
and The Proof of His Acquittal's shows The Judge, The
Jurors And The Commonwealth especially I'm suppose
To walk out The court Room A free man OR The very Le-
ast Another "Re-Trial" for The "lesser" included charge
to Be Determined.
The Commonwealth Did A Tactic move That is common
And it is called "Rail Roading" Charges. Against MR.
Olivier JR. So They Hope At least A charge sticks Ei-
ther You Did The Case OR Not.

The Commonwealth has violated The Defendants Civil
Rights in Regards To:

1. Outragous government misconducts.

2. Rule 25.

3. Criminal Conspiracy.

4. Criminal Simulation.

5. Systemic Racism.

6. Durham Rule.

7. Double Jeopardy.

8. Discrimination(s).

Rules:  A. 25
       B. 31(B)
       C. 33
       D. 35

These Are The Rules That The Judge And The Commonwealth Have Violated.

With Regards to Rule 35 the testimony By The Victim were unTrue And Mr. Olivier showed There were No solid Evidence The Commonwealth Had on me Besides her testimony which is HeARSAY" At The End of the dA)

MR. Olivier is still PROving This whole time He's Been in PRison That the COURTS HAS To tell The Commonwealth "is NOT WHAT You THink THAT HAPPened, It's WHAT You CAN PROve".

MR. Olivier is still PROving This whole time He's Been in PRison That Now the CommonweAlth HAS to tell The COURTS They weRe mainly going By with "HeARSAY Evidence".


THe CommonweAlth has ViolAted MR. Olivier 5th And 8th Amendments:

1st: FiFth AmendmenT STAtes:

No PeRSon shall Be Held to AnsweR foR A CAPiTAL, OR otheRWise InfAmous CRimes; And Being cHARged with The SAme CRime moRe THen once.

2nd: Eigth Amendment STAtes:

Excessive BAiL shall noT Be RequiRed NOR Excessive fines imposed, NOR CRUeL And uNusuRL PunisHment.

These Are More Reasons why This "further Appellate Review" Should Be In my FAVOR, For These Reasons:

1. In The Statement Of This case, The Defendant WAS WRongly Sectioned By Number and There Were Another Section That DID NOT exist.

2. There Were A Second Indictment Related to Count Two Of The Charges Were Somehow missing from The Courts.

3. "002" WAS Scratched OUT By SomeBODY, Then "001" WAS ADDED Instead.

4. MR. Olivier JR. WAS Acquited Of All Remaining Indictments, including All Aggravating Aspect Of The Indictments.

5. MR. Olivier JR WAS Indicted UNDER CHAPTer 265 Section 23C, WHICH Does NOT EXIST.

6. The So-Called victim Denied Any Sexual Activity.

7. The complainant Told Several VARying Stories To Alot Of Peoples. WHICH STORY HAPPened???

8. Any ERROR MADE in The Case is THAT ERR Person's fault for Confusing The Next PARties Viewing The PAPERWORK OR Computer. It CHANGes Their Decision makings of WHAT They see.

9. The Case of MR. Olivier JR. is PRetty much A Non-violenT Case when you ReAD it Thoroughly.

10. Even The PeRson ThAt Typed This APPLication FOR FuRther APPellAte Review SAiD QuoTE: "The Conviction should Be ReveRSeD", And SAiD "The DefendAnT PRovided with The RecoRDs. And A New TRIAl ORdeR."

MR. Olivier is VeRy DistRought About How The Commonwealth hAS Ruined His RePutAtion and Now he is Being LABeled foR chARges He Did not Commit.

MR. Olivier JR Also stAted ThAt since he hAd Been in PRison ThAt he hAs Been VeRBAlly AttACked By correctional officer Retired "RoBert Duval due To MR. Duval SPReading Visous Rumors ThAt weRe noT TRue. and AS A Result, MR. OliviER feARed His Anger mAnAgement wAs going to get The Best out of Him. Also feAred foR His life in OR out of PRison Because He PRActiced Devil WORshipp →

SPells on PRisoneRs and it's NOT A Coincidence
MR. Olivier is HEAR Voices That sounds estRanged.
The CommonwEAlth and The FedeRAl goveRnment;
unneR "Witch HunT" Section(s) This PARAgRAph shows
it is TRue That OfficeR's Do Do "Witch Hunt" miscon-
ducts such As To DiscRiminAte MR. OlivieR JR's
RAce, COLOR, PRefeRence (LesBiAns & Bi-sexuAl
females), SituAtion (Being In PRison), Dignity,
Style, Religion (CHRistiAn & CAtholic), And keeps HA-
RAssing Plus ABusing me mentAlly, is wHy ARt-
ificial Intelligence woRks with The goveRnment
And The "fedeRAl" goveRnment woRks with The Com-
monwEAlth.
MR. DuvAl should Be InvestigAted foR whAt had
HAppened in The MAximum PRison when He wo-
Rked TheRe and He will SAy why The ReAson He
Called MR. OlivieR A Nigger including why The Ot-
heR ReAson MR. DuvAl goT STABBeD By AnotheR
INmAte, once He gets questioneD.


PRAYeRs foR Relief:

WheRefoRe, The DefenDAnT Respectfully PRAys
ThAt This HonoRABle CouRt gRAnT him The fol-
lowing Relief anD it is AS followeD:

1. Released from Prison Immediatly.

2. Expungment of His Criminal Record As is His entire Record.

3. Compensated in The Amount of:
   A. Pain & Suffering $3 million.
   B. Cruel & Unusual Punishment $3 million.
   C. Wrongful Convicted $350,000.
   D. False Imprisonment $350,000.
   E. "Nominal" Damage To my Name is 1 Billion.

4. For All Courts to Recognize The Relief of me Being "Not guilty" on Fabricated Charges Till This Day.

5. I need A "Witch Hunt(er) That's 100% Trust Worthy and Not Part of The government Nor Commonwealth

   It Should Be Paid By The So-Called Victim and especially The Commonwealth.

   Sincerely,

   "#umm Ommm Jim"

more:

# Ineffective Assistance of Trial counsel

MR. Olivier Jr. calls out egregious inffective Assistance of Trial counsel And gross derelic tion of counsel's most basic And essential" duti s of Petitioner. The following Instances Are cited As examples of Trial counsel's ineffective represen ation: ① The unreasonable failure to Investigate And to present evidence on Behalf of Olivier Jr. ② not mentioning Olivier Jr said to lawyer Exactly WHAT HAppened word for word. ③ PAying lawyer 15 Thousand upfront And 5 Thousand later After The Trial WAS promised A NOT guilty verdict. ④ failure To Take pretrial depositions And to seek A more FAir Trial Venue. ⑤ failure to Tell Me All Appeals procedures I can file If founded guilty on Trial. (Such As This u.s court of Appeals). ⑥ The failure to Impeach, confront, And rebut the state's case more often. ⑦ The office of The Bar counsel And Board of BAr overseers seened problems, Issues, And concerns with Olivier Jr's Ineffective of Assistance couns el. (written As Disciplinary At Attorney's At fault). ⑧ The failure To Provide reasonable effective Assist ance with regard to The submission of Proposed Jury Instructions before And After. ⑨ my Attorney went Awol while I wAit for lawyer in Prison. ⑩ I never got my copies of my criminal case The whole time in Prison. I WAS completely oblivious to whAt were going on telbo

PRotection of PRisoners under International LAW(s):

The united states Has Ratified THree Human rights Treaties THAt ADDress The rights of Prisoners like "Herve Olivier Jr. ① convention Against Torture And other cruel, InHumAn or DegrADing TreAtment or Punishment; the International covenAnt on Civil And Political Rights; AnD the International convenAnt on The Elimination of All forms of RAcial Discrimination.

WHen The JuDge ReADs Throughout This NON-fiction LAwsuit, The JuDge must Investigate with His or Her Investigator's for A "Emergency Response AnD Action(s).

See: foster V. Neilson, 27 u.s. 253 (1829).

See: LiBAn ABDi ALi, petitioner V. merrick B. GArLAnD, Att. general, Respondent

(for A "REMAND" Decision, Instead of A "Reverse" Decision)

International Covenant on Civil And Politica
Rights:

In This lawsuit The Parties Individually Treated
me like A cattle slave, conspired on murdering
me, Attempted on murdering me In prison Apt
throughout May 30th 2019. Also used The Tech
ologies of Artificial Intelligence And Voodoo, Jinn
And Wittcrafts Religious services systematic
Racial Discrimination And violated my genera
y Accepted Human Rights Standards.

see: filartiga V. pena-Iraia 630 f.2d 876 (2d Cir.19
0), They Tortured me mentally Which violates
Customary International law(s).

The united State Constitutional Rights!
Violated...

This Implies covenant of good faith And fair de
ling: Related Against Me in Violation of The mass
Achusetts Protections Act; And violates His consti
utional rights Such As The Eight Amendment No C
el And Unusual Punishment Inflicted. The plainti
move for Summary Judgment on The entirety of
This Civil Lawsuit.

more:

# DOUBLE JEOPARDY CLAUSE:

In MR. Olivier JR.'s case He is in prison for A Lesser-Included charge That He still claims His Innocence And The Double Jeopardy Clause States That no Person Shall Be subject for The same offense to Be Twice Put in Jeopardy of Life or Limb" U.S. constitutional Amendment V. In other words, The Double Jeopardy Clause protects Against multiple punishments for The same offense. United States V. Chiaradio, 684 f.3d 265, 272 (1st Cir. 2012)

In MR. Olivier JR.'s case He's Acquitted Of All Charges originally But Was Held on A Lesser-Included. Blockburger V. United States, 284 U.S. 299, 52 S. Ct. 180, 76 L. Ed. 306 There, The Supreme court explained That "where The Same Act or Transaction constitutes A Violation of Two distinct statutory Provisions, The Test to be Applied to Determine Whether There Are Two offenses or only one, Is whether each Provision requires Proof of A fact Which the other Does not.

The Proof of the facts There's no solid Evidence Besides 'Hearsay', And I Discredible(d) THe Hearsay evidence. This "Same-elements" test" Inquires whether each offense contains An element not contained in OTher: If not

- They Are the 'sAme offence' And DouBle JeopArdy BArs AdditionAl Punishment And successive prose cution. - united stAtes V. Dixon, 509 U.S. 688, 696 113 S. Ct. 2849, 125 L. Ed. 2d 556 (1993).

HolDing THAt "The DouBle JeopArdy clAuse Precludes A seconD TriAl once the Reviewing court hAs fi und the evidence legAlly Insufficient"). so As phA se And the courts Duties Are to tAckle These challenges first And tAke Them in order.