UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HERVE OLIVIER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-12402-PBS |
| | ) |
| CHEYENNE VAN DAN BUSH, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

**October 28, 2023**

SARIS, D.J.

In an order dated September 25, 2024, the Court ordered plaintiff Herve Olivier, Jr. to pay the $405.00 filing fee for commencing this action or seek leave to proceed in forma pauperis. (Doc. No. 3). The Court informed Oliver that failure to comply with the order within twenty-one days could result in dismissal of the action without prejudice.

The time period of complying with the Court's order has elapsed without any response from Olivier. Accordingly, the Court orders that this action be DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

/s/ Patti B. Saris
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE